

# NUMBER 13-07-00631-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHRISTOPHER BAIAMONTE,
NATALIE BAIAMONTE, AND
JERRY MCHUGH,                                                    Appellants,

v.

DAVID L. WELGE, DARLENE T. WELGE,
HOMEQUEST SAN ANTONIO, L.L.C.
D/B/A PRUDENTIAL CLASSIC
REALTY, AND JIM KOLMEIER,                                        Appellees.

On Appeal from the 274th District Court
of Comal County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

The parties to this appeal have filed a joint motion asking the Court to dismiss this

appeal. According to the motion, the parties have reached an agreement to settle and

compromise their differences.  They ask this Court to render judgment effectuating the parties' agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(A).  The parties have agreed that the appeal should be dismissed, the judgment of the trial court should become final, and the judgment should be satisfied by the payment of the settlement amount.

We GRANT the joint motion to dismiss.  We RENDER judgment effectuating the parties' settlement agreement, and DISMISS the appeal.  Appellant shall bear the costs of this appeal. *See id.* 42.1(d).

PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of June, 2008.